IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-13136
_____

UNITED STATES OF AMERICA,

                                                 Plaintiff - Appellee,

versus

TIA DEYON PUGH,

                                                 Defendant - Appellant.
_____

On Appeal from the United States
District Court for the Southern District of Alabama
_____

ORDER:

      Before the Court is Appellant's "Notice of Conflict, Motion to Withdraw Demand for Oral Argument, and Unopposed Motion to Submit Appellant's Argument on Her Brief, or in the Alternative, Motion to Postpone Oral Argument." Appellant's alternative request—to postpone oral argument—is GRANTED. The oral argument is continued and will be reset at a later date via ZOOM.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION