SPECIAL HEARING

# MAY 9, 2023

# 10:00 A.M. (Eastern Time)

# ZOOM HEARING

No.21-13136– UNITED STATES v. TIA DEYON PUGH, Appellant

ATLANTA, GEORGIA
04/13/23